<u>DEFENDANT</u>: PAMILA LUCERO

<u>DOB:</u>  1977

<u>ADDRESS:</u>    Colorado Springs, CO 80909

<u>COMPLAINT FILED?</u>         _____ YES    X\_\_\_NO

<u>OFFENSE:</u>  **Count 1:**        18 U.S.C. § 286 - Conspiracy to File False Claims for Refund

**Counts 2-33**        18 U.S.C. § 287 – False Claims for Refund

<u>LOCATION OF OFFENSE:</u>    El Paso County, Colorado
Pueblo County, Colorado
Delta County, Colorado
Logan County, Colorado
Crowley County, Colorado
Denver County, Colorado

<u>PENALTY:</u>  **Count 1:**        NMT 10 years imprisonment; a fine of NMT twice the financial gain of $370,000 (or $740,000), or $250,000, whichever is greater; NMT 3 years supervised release; and $100 Special Assessment

**Counts 2-33**        NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment

<u>AGENT:</u>           Special Agent Anthony Romero, IRS CI

<u>AUTHORIZED BY:</u>  Martha A. Paluch, Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL:</u>
_____ five days or less
\_\_\_\_X\_ over five days
_____ other

<u>THE GOVERNMENT</u>
_____ will seek detention in this case
\_\_\_\_\_X\_\_will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

<u>OCDETF CASE:</u>    _____    Yes          \_\_X\_\_\_ No