**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 15-cr-00149-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAUL CARAVEO,
2. PAMILA LUCERO,
3. SABRINA CARAVEO,
4. EUGENE CHAVEZ,
5. CAROLINA ARAGON, and
6. CHRISTINA PORTILLOS,

    Defendants.

---

**GOVERNMENT'S MOTION TO DISCLOSE COPIES OF GRAND JURY MATERIALS UNDER SPECIFIED CONDITIONS TO THE ATTORNEYS FOR THE DEFENDANTS PURSUANT TO FED. R. CRIM. P. 6(e)(3)(E)(i)**

---

    The United States of America (the government) moves this Court for an Order allowing the government to disclose a copy of the transcript of testimony given by a witness before the grand jury, and accompanying exhibits, to the attorneys for the defendants under the conditions specified below. As grounds for this motion, the government states:

    1. During the course of the investigation which resulted in the indictment in this case, a witness testified on one occasion before the grand jury which returned the indictment. Defense counsel has requested, and the government is willing to provide, a copy of the transcript of this testimony and related exhibits

1

as part of the discovery in this case.

2. Disclosure of grand jury material may be authorized pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure, which provides that, "The court may authorize disclosure-at a time, in a manner, and subject to any other conditions that it directs-of a grand-jury matter: (i) preliminarily to or in connection with a judicial proceeding . . . ."

3. This case is a "judicial proceeding" and the requested disclosure is "in connection with" the proceeding.

4. The government's understanding is that the usual practice of defense counsel in this district is not to provide defendants with copies of grand jury materials, but instead to orally review the contents of such materials with them.   As the government understands it, this practice flows from the concern, shared by the government and based on past events in the district, that grand jury materials might otherwise be improperly distributed by defendants.   *See United States v. Jimenez*, 928 F.2d 356, 359-61 (10th Cir.1991).

5. Because of the nature of the materials sought to be disclosed, the timing of the contemplated disclosure, and the possibility of loss or dissemination of copies of the grand jury materials, the government would request that the Court further order that:

    a. Defense counsel make only such copies as are necessary to prepare a defense of the criminal case;

    b. Defense counsel keep a written record concerning how many copies were made, to whom those copies were delivered, and the date of delivery,

and that defense counsel deliver a copy of any Order allowing disclosure with the materials;

c. Defense counsel provide the defendants with reasonable access to the grand jury materials, but that defense counsel not allow the defendants to retain copies of any grand jury materials;

d. No person, other than defense counsel, make any copy of the grand jury materials for any purpose; and

e. At the conclusion of the case in this Court, by entry of the Court's judgment, defense counsel collect all such copies and return them to the government within ten days.

THEREFORE, the government requests that the Court enter an Order pursuant to Rule 6(e)(3)(E)(i) allowing disclosure of a copy of the transcript of testimony given by the witness before the grand jury, and accompanying exhibits, to the attorneys for the defendants on the conditions described above.

Respectfully submitted this 24th day of April, 2015.

JOHN F. WALSH
United States Attorney


s/ Martha A. Paluch
MARTHA A. PALUCH
Assistant U.S. Attorney
1225 17th Street, Suite 700
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
Email: martha.paluch@usdoj.gov

3

### CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Mr. Martin Stuart
Counsel for Raul Caraveo
mstuart@portmanstuart.com

Mr. John Schlie
Counsel for Pamila Lucero
johnhenry@schlielawfirm.com

Ms. Marci Gilligan
Counsel for Sabrina Caraveo
gilligan@ridleylaw.com

Mr. Thomas Ward
Counsel for Eugene Chavez
tward@wardlawdenver.com

Mr. Robert Pepin
Counsel for Carolina Aragon
Robert_Pepin@fd.org

Mr. John Mosby
Counsel for Christina Portillos
john_mosby@msn.com

s/*Mariah Tracy*
Mariah Tracy
Legal Assistant
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
303 454-0100
Fax: 303 454-0402
Mariah.tracy@usdoj.gov