DEFENDANT:   1. RAUL CARAVEO

DOB:  1972

ADDRESS:    In custody

COMPLAINT FILED?        _____  YES    X___NO

OFFENSE:   **Count 1:**          18 U.S.C. § 286 - Conspiracy to File False Claims for
                                                      Refund

**Counts 2-3
5-10, 12-39:**          18 U.S.C. § 287 – False Claims for Refund

LOCATION OF OFFENSE:        El Paso County, Colorado
                                                   Pueblo County, Colorado
                                                   Delta County, Colorado
                                                   Logan County, Colorado
                                                   Crowley County, Colorado
                                                   Denver County, Colorado

PENALTY:   **Count 1:**          NMT 10 years imprisonment; a fine of NMT
                                                    twice the financial gain of $370,000 (or $740,000), or
                                                    $250,000, whichever is greater; NMT 3 years
                                                    supervised release; and $100 Special Assessment

**Counts 2-3
5-10, 12-39:**          NMT 5 years imprisonment; NMT
                                                   $250,000 fine, or both; NMT 3 years supervised
                                                   release; and $100 Special Assessment

AGENT:            Special Agent Anthony Romero, IRS CI

AUTHORIZED BY:  Martha A. Paluch, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
_____  five days or less
____X_  over five days
_____  other

THE GOVERNMENT
_____X___  will seek detention in this case
_____  will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:      _____      Yes            __X__  No