IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149-RM-3

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**3.    SABRINA CARAVEO,**

        Defendant(s).

---

### <u>UNOPPOSED</u> MOTION TO APPEAR BY TELEPHONE AT THE AUGUST 19, 2015 STATUS CONFERENCE

---

      Defendant Sabrina Caraveo, through undersigned counsel, respectfully requests the Court allow counsel, Marci Gilligan, to appear by telephone for the August 19, 2015 Status Conference, and as grounds states:

      1.    Ms. Caraveo has been indicted on one count of Conspiracy to File False Claims for Refund and thirty-one (31) counts of Filing False Claims for Refund.  (Doc. 93).

      2.    This case is set for a Status Conference tomorrow, August 19, 2015, at 9:00 a.m. (Doc 170).

      3.    Ms. Gilligan requests she be allowed to appear by telephone for the status conference because she will be out of town at the time of the hearing.

      4.    Counsel for the prosecution, A.U.S.A. Martha Paluch, has been contacted and does not oppose to the requested relief.

5.   A proposed Order is submitted hereto for the Court's convenience.

WHEREFORE, Defendant Caraveo respectfully requests that the Court allow counsel, Marci Gilligan, to appear by telephone at the August 19, 2015 Status Conference.

Respectfully submitted this 18th day of August, 2015.

*s/ Marci A. Gilligan*
Marci A. Gilligan, No. 32160
RIDLEY, MCGREEVY & WINOCUR, P.C.
303 16th Street, Suite 200
Denver, Colorado  80202
Telephone: (303) 629-9700
Fax:  (303) 629-8702
Email:    gilligan@ridleylaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this 18th day of August, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to all counsel of record

                s/ *Suzanne Coffman*
                Suzanne Coffman, Paralegal
                RIDLEY, MCGREEVY & WINOCUR, P.C.
                303 16th Street, Suite 200
                Denver, Colorado  80202