IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**3.    SABRINA CARAVEO**,

        Defendant(s).

---

**ORDER GRANTING UNOPPOSED MOTION TO APPEAR BY TELEPHONE AT THE AUGUST 19, 2015 STATUS CONFERENCE**

---

        THIS MATTER, having come before the Court on Defendant Sabrina Caraveo's unopposed motion to allow counsel, Marci Gilligan, to appear by telephone at the August 19, 2015 Status Conference, and the Court having considered the motion and being fully advised finds good cause for granting the relief requested.

        It is, therefore, ORDERED that counsel for Ms. Caraveo is permitted to appear by telephone and shall call the Court's clerk prior to the Status Conference on August 19, 2015 at 9:000 a.m., to be conferenced in.

        DONE this ___ day of August, 2015.

                                                BY THE COURT:

                                                _____
                                                Judge Raymond P. Moore