IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    RAUL CARAVEO,
2.    PAMILA LUCERO
3.    **SABRINA CARAVEO,**
4.    EUGENE CHAVEZ,
5.    CAROLINA PORTILLOS,
6.    CRISTINA PORTILLOS,
7.    CONRAD ARCHULETA, and
8.    NANCY GUZMAN.

       Defendants.

## NOTICE OF DISPOSITION

Sabrina Caraveo, through undersigned counsel, hereby notifies this Honorable Court that the Defendant and the Government have reached a disposition in this case. Defendant respectfully requests that she and undersigned counsel be excused from all hearings currently scheduled in this matter. Defendant also respectfully requests that this matter be set for a Change of Plea hearing.

Respectfully submitted this 8th day of September, 2015.

                  *s/ Marci A. Gilligan*
                  Marci A. Gilligan, No. 32160
                  Ridley, McGreevy & Winocur, P.C.
                  303 16th Street, Suite 200
                  Denver, Colorado  80202
                  Telephone: (303) 629-9700
                  Fax:  (303) 629-8702
                  Email:   gilligan@ridleylaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 8th day of September, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

              *s/ Suzanne Coffman*
              Suzanne Coffman
              Paralegal
              Ridley, McGreevy & Winocur, P.C.
              303 16th Street, Suite 200
              Denver, Colorado  80202