IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

Courtroom Deputy:  Cathy Pearson             Date:  September 29, 2015
Court Reporter:  Tammy Hoffschildt           Interpreter:  n/a
Probation Officer:  n/a

**CASE NO.    15-cr-00149-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Martha Paluch |
| Plaintiff, | |
| v. | |
| 3.  SABRINA CARAVEO,<br>n/k/a Sabrina Molina, | Marci Gilligan |
| Defendant. | |

## COURTROOM MINUTES

**CHANGE OF PLEA**
**COURT IN SESSION:**     9:00 a.m.
Appearances of counsel.   Defendant is present and on bond.

Discussion held regarding page 8 of the Plea Agreement.   Counsel make the correction and initial the document with the approval of the Court.

Defendant sworn and answers true name; Defendant is 31 years old.

**EXHIBITS:**   Court Exhibit 1 - Plea Agreement; Court Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty.

Defendant waives reading of the Superseding Indictment.

Defendant advised of maximum penalties.

Defendant's right to trial by jury and other constitutional rights explained.

Defendant pleads GUILTY to Count 1 of the Superseding Indictment.

Court's findings and conclusions.

Court accepts plea of guilty.

Court defers acceptance of the Plea Agreement until the time of sentencing.

**ORDERED**:   Any pretrial motions still pending in this matter are **DENIED** as moot.

**ORDERED**:   Sentencing is set for **December 21, 2015, at 1:00 p.m.**

**ORDERED:**   Defendant continued on bond.

**COURT IN RECESS:**       **9:35 a.m.**
**Total in court time:**       **00:35**
**Hearing concluded**