IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149-RM-3

UNITED STATES OF AMERICA,

  Plaintiff,

v.

3. **SABRINA CARAVEO,**

  Defendants.

---

### NOTICE OF LEGAL NAME CHANGE

---

  PLEASE TAKE NOTICE, that Marci A. Gilligan **is now legally known as Marci Gilligan LaBranche**. All contact information is unchanged but for the email address which has changed as reflected in the signature block below.

  Dated this 19th day of November, 2015.

            Respectfully submitted,

            *s/ Marci Gilligan LaBranche*
            Marci Gilligan LaBranche, #32160
            303 16th Street, Suite 200
            Denver, CO 80202
            Tel: 303.629.9700
            Fax: 303.629.9702
            Email: labranche@ridleylaw.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of November, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

*s/ Suzanne Coffman*
Suzanne Coffman
Paralegal
RIDLEY, MCGREEVY & WINOCUR, P.C.
303 16th Street, Suite 200
Denver, CO 80202