**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   15-cr-00149-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAUL CARAVEO,
2. **PAMILA LUCERO,**
3. SABRINA CARAVEO,
4. EUGENE CHAVEZ,
5. CAROLINA ARAGON,
6. **CRISTINA PORTILLOS**,
7. CONRAD ARCHULETA, and
8. NANCY GUZMAN**,**

    Defendants.

---

**GOVERNMENT'S MOTION TO RESTRICT ACCESS
TO DOC. 299 LEVEL ONE RESTRICTION**

---

The United States of America, through Assistant United States Attorney Martha A. Paluch, hereby requests that Government's Opposition to Defendant Lucero's and Portillos's Motions for Severance (Docs. 271 and 275), Docket No. 299, be filed under Level One Restriction, with access restricted to case participants and the Court only, for the reasons set forth in the Government's Brief in Support of its Motion to Restrict Access to Doc. 299.

1

Dated this 5th day of December, 2015.

                Respectfully submitted,

                *s/ Martha A. Paluch*
                Martha A. Paluch
                Assistant U.S. Attorney
                United States Attorney's Office
                1225 17th Street, Suite 700
                Denver, CO   80202
                (303) 454-0100
                Martha.paluch@usdoj.gov

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 5th day of December, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Mr. Martin Stuart  
Counsel for Raul Caraveo  
mstuart@portmanstuart.com

Mr. John Schlie  
Counsel for Pamila Lucero  
johnhenry@schlielawfirm.com

Ms. Marci Gilligan  
Counsel for Sabrina Caraveo  
gilligan@ridleylaw.com

Mr. Thomas Ward  
Counsel for Eugene Chavez  
tward@wardlawdenver.com

Mr. Robert Pepin  
Counsel for Carolina Aragon  
Robert_Pepin@fd.org

Mr. John Mosby  
Counsel for Cristina Portillos  
john_mosby@msn.com

Mr. David Owen, Jr.  
Counsel for Conrad Archuleta  
davidowen@lodopc.com

Mr. John Sullivan, III  
Counsel for Nancy Guzman  
jfslaw1@aol.com

    s/ *Martha A. Paluch*_____  
    MARTHA A. PALUCH  
    Assistant U.S. Attorney  
    1225 17th St., Suite 700  
    Denver, CO   80202  
    Telephone:   (303) 454-0100  
    Fax:   (303) 454-0100  
    Martha.paluch@usdoj.gov