IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00149-RM

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. RAUL CARAVEO,
2. PAMILA LUCERO,
3. **SABRINA CARAVEO**,
4. EUGENE CHAVEZ**,**
5. CAROLINA ARAGON,
6. CRISTINA PORTILLOS,
7. CONRAD ARCHULETA, and
8. NANCY GUZMAN,

  Defendants.

## GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE DEFENDANT SABRINA CARAVEO'S MARCH 10, 2016 SENTENCING HEARING

The United States of America, by and through Martha A. Paluch, Assistant United States Attorney, hereby respectfully moves, without opposition, that Defendant Sabrina Caraveo's March 10, 2016 sentencing hearing be continued.  In support of this motion, the government asserts as follows:

1.   Defendant Sabrina Caraveo (defendant) pled guilty to Count 1 of the Superseding Indictment on September 29, 2015.  She is scheduled to be sentenced at 10:00 a.m. on March 10, 2016.  Doc. 300.

2.   As part of her plea agreement, the defendant agreed to "testify fully and truthfully at any proceeding in the District of Colorado or elsewhere as requested by the government."  Doc. 230 at 3, ¶ c.

1

3. Every defendant except Cristina Portillos has pled guilty in this case. Ms. Portillos's trial is scheduled to begin on May 2, 2016. Doc. 338.

4. In her plea agreement, the defendant agreed to "postponements of her sentencing, as requested by the government and as approved by the Court." Doc. 230 at 3, ¶ e. Because it is likely that the defendant will be called to testify for the government at the May trial of Defendant Portillos, the government respectfully requests that the defendant's March 10, 2016 sentencing hearing be continued until June of 2016, or until a date convenient to the Court.

5. Undersigned counsel has conferred with defendant's counsel, Ms. Marci Gilligan LaBranche, about this motion. Ms. Gilligan LaBranche represents that the defendant does not oppose this motion.

Respectfully submitted,

*s/ Martha A. Paluch*
Martha A. Paluch
Assistant U.S. Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO  80202
(303) 454-0100
Martha.paluch@usdoj.gov

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of February, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Mr. Martin Stuart
Counsel for Raul Caraveo
mstuart@portmanstuart.com

Mr. John Schlie
Counsel for Pamila Lucero
johnhenry@schlielawfirm.com

Ms. Marci Gilligan LaBranche
Counsel for Sabrina Caraveo
labranche@ridleylaw.com

Mr. Thomas Ward
Counsel for Eugene Chavez
tward@wardlawdenver.com

Mr. Robert Pepin
Counsel for Carolina Aragon
Robert_Pepin@fd.org

Mr. John Mosby
Counsel for Cristina Portillos
john_mosby@msn.com

Mr. David Owen, Jr.
Counsel for Conrad Archuleta
davidowen@lodopc.com

Mr. John Sullivan, III
Counsel for Nancy Guzman
jfslaw1@aol.com

      s/ *Mariah Tracy*
      MARIAH TRACY
      Legal Assistant
      U.S. Attorney's Office
      1225 17th St., Suite 700
      Denver, CO  80202
      Telephone:  (303) 454-0100
      Fax:  (303) 454-0401
      e-mail: Mariah.Tracy@usdoj.gov