IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149-RM-3

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**3.**    **SABRINA CARAVEO,**

        Defendant.

## MOTION TO RESTRICT

Defendant Sabrina (Caraveo) Molina, through undersigned counsel, respectfully requests the Court grant this Motion to Restrict "Defendant Sabrina (Caraveo) Molina's Motion for a Below-Guideline Statutory or Variant Sentence" and attached exhibits, for the reasons set forth in the accompanying brief.

Respectfully submitted this 2nd day of June, 2016.

        *s/ Marci Gilligan LaBranche*
        Marci Gilligan LaBranche, No. 32160
        RIDLEY, MCGREEVY & WINOCUR, P.C.
        303 16th Street, Suite 200
        Denver, Colorado 80202
        Telephone: (303) 629-9700
        Fax: (303) 629-8702
        Email: labranche@ridleylaw.com

2

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 2nd day of June, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following:

| | |
|---|---|
| Martha Ann Paluch | Gary L. Burney |
| U.S. Attorney's Office-Denver | U.S. Probation Officer |
| 1225 17th Street | Denver, CO |
| Suite 700 | gary_burney@cod.uscourts.gov |
| Denver, CO 80202 | (303)335-2432 |
| 303-454-0100 | |
| Fax: 303-454-0402 | |
| Email: martha.paluch@usdoj.gov | |

                                            s/ *Suzanne Coffman*
                                            Suzanne Coffman, Paralegal
                                            RIDLEY, MCGREEVY & WINOCUR, P.C.
                                            303 16th Street, Suite 200
                                            Denver, Colorado  80202