IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 15-cr-00149-RM-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SABRINA CARAVEO,

    Defendant.

---

**GOVERNMENT'S MOTION FOR SENTENCING REDUCTION FOR DEFENDANT PURSUANT TO U.S.S.G. § 5K1.1**

---

The United States of America, by and through John F. Walsh, United States Attorney for the District of Colorado, and Martha A. Paluch and Bryan D. Fields, Assistant United States Attorneys, hereby moves for a reduction of Defendant Sabrina Caraveo's sentence, pursuant to the provisions of § 5K1.1, U.S. Sentencing Guidelines, in light of the defendant's substantial assistance to the government in the investigation and prosecution of other persons who have committed offenses against the laws of the United States.

In support of this motion, the government states as follows:

*Summary of Cooperation*

The defendant participated in two detailed debriefing sessions with the government in connection with this case. The first debriefing was conducted by counsel for the government and IRS Special Agent Tony Romero and lasted a full day. The second debriefing session lasted a few hours and was conducted by Special Agent

Romero.   The defendant also made herself available on a third occasion for follow-up questions by telephone for clarification on issues.

During these sessions, the defendant was questioned on a variety of topics pertaining to her knowledge and participation in a conspiracy to defraud the United States as alleged in Count 1 of the Superseding Indictment.   The defendant provided specific knowledge as to other individuals involved in the scheme, how the scheme worked, and the terminology used by her and her coconspirators.   The defendant also provided to the government documentation related to the conspiracy.   During her debrief sessions, the defendant was asked to review all 259 tax returns filed in this scheme and identify the handwriting on these returns where possible.   Her second debrief session was for the purpose of completing this time-consuming task.

The defendant was the first conspirator to cooperate with the government.   The information she provided was valuable to further the investigation, to identify participants in the conspiracy, to decipher code terms used in recorded Department of Corrections (DOC) calls, and to place statements made in those calls in context.   The defendant's information has proven to be reliable and has consistently been corroborated by Agent Romero.

The defendant also participated in two meetings prior to the trial of her co-defendant Cristina Portillos.   The first of these meetings took place in Pueblo, and the second meeting occurred in Denver the weekend prior to trial.   The defendant testified at trial and was subjected to cross-examination.   In the government's view, the defendant provided valuable assistance in the investigation and prosecution of this case.

*Government's Recommendation*

Based on the defendant's above-described cooperation, the government requests that the defendant be afforded a reduction in her sentence pursuant to U.S.S.G. § 5K1.1.   Her cooperation has been of substantial assistance to the government in that it has been complete, truthful and reliable.

Specifically, the government recommends that the defendant's overall sentence be reduced such that she receive a 12 month and one day sentence of imprisonment rather than the 24-month sentence as recommended by the probation office.

WHEREFORE, the United States respectfully recommends that this Court grant its Motion, pursuant to Section 5K1.1 of the United States Sentencing Guidelines and Title 18, United States Code, to depart below defendant's applicable sentencing guideline range in imposing a sentence based upon the defendant's substantial assistance.

Respectfully submitted this 2nd day of June, 2016.

> JOHN F. WALSH
> United States Attorney
>
> By:   *s/Martha A. Paluch*
> MARTHA A. PALUCH
> BRYAN D. FIELDS
> Assistant United States Attorneys
> U.S. Attorney's Office
> 1225 17th St., Suite 700
> Denver, CO   80202
> Telephone: (303) 454-0100
> Fax:   (303) 454-0402
> e-mail:   Martha.paluch@usdoj.gov
> bryan.fields3@usdoj.gov
> Attorneys for the Government

## CERTIFICATE OF SERVICE

  I hereby certify that on this 2nd day of June, 2016, a true and correct copy of the foregoing **GOVERNMENT'S MOTION FOR SENTENCING REDUCTION FOR DEFENDANT PURSUANT TO U.S.S.G. § 5K1.1** using the CM/ECF system which will send notification of such filing to the following e-mail address:

Mr. John Mosby
Counsel for Cristina Portillos
john_mosby@msn.com

Mr. John Schlie
Counsel for Pamila Lucero
johnhenry@schlielawfirm.com

Mr. Thomas Ward
Counsel for Eugene Chavez
tward@wardlawdenver.com

Mr. David Owen
Counsel for Conrad Archuleta
davidowen@lodopc.com

Mr. Martin Stuart
Counsel for Raul Caraveo
mstuart@portmanstuart.com

Ms. Marci Gilligan LaBranche
Counsel for Sabrina Caraveo
labranche@ridleylaw.com

Mr. Robert Pepin
Counsel for Carolina Aragon
Robert_Pepin@fd.org

Mr. John Sullivan
Counsel for Nancy Guzman
jfslaw1@aol.com

            *s/Maggie E. Grenvik*
            Maggie E. Grenvik
            Legal Assistant