IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00149-RM-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SABRINA CARAVEO,

    Defendant.

**ORDER ON GOVERNMENT'S MOTION TO DISMISS COUNTS WITH PREJUDICE**

THIS MATTER comes before the Court upon the Government's motion to dismiss with prejudice Counts 2-3, 5-10, 12-13, 15-29, 31-36 of the Superseding Indictment with respect to Defendant Sabrina Caraveo only.  The Court having considered this motion, it is hereby

ORDERED that the Government's Motion to Dismiss Counts With Prejudice [Doc.   ] is GRANTED.  It is further

ORDERED that Counts 2-3, 5-10, 12-13, 15-29, 31-36 of the Superseding Indictment are dismissed with prejudice as to Defendant Sabrina Caraveo only.

DATED this _____ day of _____, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge
District of Colorado

1