**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   15-cr-00149-RM-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SABRINA CARAVEO,

    Defendant.

---

**GOVERNMENT'S MOTION TO RESTRICT ACCESS
TO ECF NO. 494 LEVEL TWO RESTRICTION**

---

The United States of America, through Assistant United States Attorney Martha A. Paluch, hereby requests that Government's Response to Defendant's Motion for a Below-Guideline Statutory or Variant Sentence, ECF No.494, be filed under Level Two Restriction, with access restricted to the defendant and the Court only, for the reasons set forth in the Government's Brief in Support of its Motion to Restrict Access to ECF No. 494.

Dated this 9th day of June, 2016.

                          Respectfully submitted,

                          *s/ Martha A. Paluch*
                          Martha A. Paluch
                          Assistant U.S. Attorney
                          United States Attorney's Office
                          1225 17th Street, Suite 700
                          Denver, CO   80202
                          (303) 454-0100
                          Martha.paluch@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 9th day of June, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Mr. Martin Stuart  
Counsel for Raul Caraveo  
mstuart@portmanstuart.com

Mr. John Schlie  
Counsel for Pamila Lucero  
johnhenry@schlielawfirm.com

Ms. Marci Gilligan  
Counsel for Sabrina Caraveo  
gilligan@ridleylaw.com

Mr. Thomas Ward  
Counsel for Eugene Chavez  
tward@wardlawdenver.com

Mr. Robert Pepin  
Counsel for Carolina Aragon  
Robert_Pepin@fd.org

Mr. John Mosby  
Counsel for Cristina Portillos  
john_mosby@msn.com

Mr. David Owen, Jr.  
Counsel for Conrad Archuleta  
davidowen@lodopc.com

Mr. John Sullivan, III  
Counsel for Nancy Guzman  
jfslaw1@aol.com

                              s/ *Martha A. Paluch*  
                              MARTHA A. PALUCH  
                              Assistant U.S. Attorney  
                              1225 17th St., Suite 700  
                              Denver, CO   80202  
                              Telephone:   (303) 454-0100  
                              Fax:   (303) 454-0100  
                              Martha.paluch@usdoj.gov