**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   15-cr-00149-RM-03

UNITED STATES OF AMERICA,

     Plaintiff,

v.

SABRINA CARAVEO,

     Defendant.

---

**ORDER ON GOVERNMENT'S MOTION TO
RESTRICT ACCESS TO ECF NO. 494, LEVEL TWO RESTRICTION**

---

     This matter comes before the Court on the Government's Motion to Restrict

Access to ECF No. 494, Level Two Restriction.

     Having considered the grounds for this motion, it is HEREBY GRANTED.

     ECF No. 494 shall be restricted to Level Two Restriction, with access for the

defendant and the Court only.


                                                 _____
                                                 RAYMOND P. MOORE
                                                 United States District Court Judge