## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:  Janet Coppock<br>Probation Officer:  Gary Burney and<br>                      Nicole Peterson | Date:  June 16, 2016<br>Interpreter: n/a |

**CASE NO.  15-cr-00149-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>3.   SABRINA CARAVEO,<br><br>         Defendant. | Martha Paluch<br>Bryan Fields<br><br><br><br>Marci Gilligan LaBranche |

## COURTROOM MINUTES

**SENTENCING HEARING**
**COURT IN SESSION:**       9:01 a.m.
Appearances of counsel.  Defendant is present and on bond.  IRS Special Agent Tony Romero is present with Government's counsel.

Defendant entered her plea on September 29, 2015, to Count 1 of the Superseding Indictment.  The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding pending motions and objections.

**ORDERED:**   Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) [Doc. 489] is GRANTED as stated on the record.

**ORDERED:**   Government's Motion to Dismiss Counts with Prejudice (Doc. 488) is GRANTED as stated on the record.

**ORDERED:**  Government's Motion for Sentencing Reduction for Defendant Pursuant to U.S.S.G. § 5K1.1 (Doc. 471) is GRANTED as stated on the record.

Discussion held and argument given regarding Defendant Sabrina (Caraveo) Molina's Motion for a Below-Guideline Statutory or Variant Sentence (Doc. 469), and statements made by counsel regarding sentencing.

Defendant addresses the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  Defendant Sabrina (Caraveo) Molina's Motion for a Below-Guideline Statutory or Variant Sentence (Doc. 469) is DENIED as stated on the record.

**ORDERED:**  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, SABRINA CARAVEO, n/k/a Sabrina Molina, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **nine (9) months.**

Court RECOMMENDS that the Bureau of Prisons place the defendant at an appropriate-level facility in or near the District of Colorado, as they deem appropriate, and that the defendant be allowed to attend classes to make progress toward obtaining her GED.

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **three (3) years.**

**ORDERED:**  **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:**  **Special Conditions** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer.   Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.   Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.
- (**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.
- (**X**) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the installment payment schedule.
- (**X**) Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.   Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall remain medication compliant and shall take all medications that are prescribed by her treating psychiatrist.   Defendant shall cooperate with random blood tests as requested by her treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of her prescribed medications is maintained.
- (**X**) As directed by the probation officer, Defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation in this case.
- (**X**) Defendant has an outstanding financial obligation, the probation office may share any financial or employment documentation relevant to the defendant with the Asset Recovery Division of the United States Attorney's Office to assist in the collection of the obligation.
- (**X**) Defendant shall document all income and compensation generated or received from any source and shall provide such information to the probation officer as requested.
- (**X**) Defendant shall comply with all legal obligations associated with the Colorado Department of Revenue and the Internal Revenue Service regarding federal and state income taxes.   This includes resolution of any tax arrearages as well as continued compliance with federal and state laws regarding the filing of taxes.
- (**X**) Defendant shall participate in and complete "Empowerment" classes as directed by the probation officer.

**ORDERED:**   Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**   Defendant shall make **restitution** as follows:   $339,013.81 to IRS RACS, Attn:   Mail Stop 6251, Restitution, 333 West Pershing Avenue, Kansas City, MO 64108.   Restitution is joint and several with codefendants Raul Caraveo, Eugene Chavez, and Pamila Lucero in this case.

The Court finds, pursuant to 18 U.S.C. § 3663A(c)(3)(B), that determining complex issues of fact related to the cause or amount of the victims' losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim is outweighed by the burden on the sentencing process.

Defendant advised of right to appeal.

**ORDERED:**   Any notice of appeal must be filed within 14 days.

**ORDERED:**   Bond is continued until 30 days after facility designation.

**ORDERED:**   Defendant shall voluntarily surrender and report to the institution designated by the Bureau of Prisons within 15 days from the date of designation.

**Court in recess:**     9:57 a.m.
Hearing concluded.
Total time:             00:56