**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No.  15-cr-00149-RM-03

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SABRINA CARAVEO,

      Defendant.

---

**ORDER ON GOVERNMENT'S MOTION TO DISMISS COUNTS WITH PREJUDICE**

---

THIS MATTER comes before the Court upon the Government's motion to dismiss with prejudice Counts 2-3, 5-10, 12-13, 15-29, 31-36 of the Superseding Indictment with respect to Defendant Sabrina Caraveo only.  The Court having considered this motion, it is hereby

ORDERED that the Government's Motion to Dismiss Counts With Prejudice [Doc. 488] is GRANTED.  It is further

ORDERED that Counts 2-3, 5-10, 12-13, 15-29, 31-36 of the Superseding Indictment are dismissed with prejudice as to Defendant Sabrina Caraveo only.

DATED this 16th day of June, 2016.

                            BY THE COURT:

                            _____
                            RAYMOND P. MOORE
                            United States District Judge