IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Action No. 15-cr-00149-RM-3

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SABRINA CARAVEO,

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

    IT IS ORDERED that Defendant, SABRINA CARAVEO, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender herself by reporting to the Warden at the Phoenix Satellite Camp, on July 26, 2016, by 12:00 noon, and will travel at her own expense.

    DATED at Denver, Colorado, this  23rd  day of June, 2016.

                      BY THE COURT:

                      _____
                      Raymond P. Moore
                      United States District Judge